# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CHRISTOPHER EVAN EASTER**                                           **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 1:20-CV-254-GHD-DAS**

**ITAWAMBA COUNTY, MISSISSIPPI;
SHERIFF CHRIS DICKINSON, Individually
and in his Official Capacity as Sheriff of
Itawamba County, Mississippi; ITAWAMBA
COUNTY SHERIFF'S DEPARTMENT; and,
JOHN DOES 1-10, Individually and in Their
Official Capacities as Officers of Itawamba
County, Mississippi**                                                 **DEFENDANTS**

## NOTICE OF INTENT

**PLEASE TAKE NOTICE** that the Defendants, Itawamba County, Mississippi, Sheriff Chris Dickinson, Individually and in his Official Capacity as Sheriff of Itawamba County, Mississippi, and Itawamba County Sheriff's Department, by and through counsel, on April 30, 2021, has caused to be issued a subpoena *duces tecum* (a copy of which is attached as Exhibit "A") on the following:

**Convenient Care of Fulton
Attn: Medical Records
1301 S. Adams Street
Fulton, MS 3843**

**RESPECTFULLY SUBMITTED** this the 30th day of April, 2021.

                                                                    **JACKS | GRIFFITH | LUCIANO, P.A.**

                                       By:     /s/ ***Mary McKay Griffith***
                                                                    Mary McKay Griffith, MS Bar No. 100785
                                                                    Daniel J. Griffith, MS Bar No. 8366
                                                                    Attorneys for Defendants

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**

P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
Email: dgriffith@jlpalaw.com
       mgriffith@jlpalaw.com
www.jlpalaw.com

Bo Russell, Esq.
Board Attorney
206 S. Broadway St.
P.O. Box 28
Tupelo, MS 38802
Phone: (662) 401-2020
Email: borussellpllc@hotmail.com

## CERTIFICATE OF SERVICE

I, Mary McKay Griffith, attorney of record for Defendants, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Intent* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

> Walter Brent McBride, Esq.
> Moffett Law Firm, PLLC
> P.O. Box 1707
> Tupelo, MS 38802
> Phone: (662) 844-0836
> Email: brent@mlawoffice.net
> **Attorney for Plaintiff**
>
> Diana Leigh Worthy-Nash, Esq.
> Worthy-Nash Law Office, LLC
> 60024 Fuqua Road
> Amory, MS 38821
> Phone: (662) 597-4117
> Email: worthynashlawoffice@gmail.com
> **Attorney for Plaintiff**

**DATED** this 30th day of April, 2021.

   /s/ *Mary McKay Griffith*
   Mary McKay Griffith