UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER EVAN EASTER            PLAINTIFF

v.            Civil No. 1:20-cv-00254-GHD-DAS

ITAWAMBA COUNTY, MISSISSIPPI; et al.            DEFENDANTS

**ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendants' motion for judgment on the pleadings [Doc. No. 7] is GRANTED;

(2) the Plaintiffs' claims against Defendant Sheriff Chris Dickinson, in both his official and individual capacities are DISMISSED WITH PREJUDICE; the Plaintiff's claims against Defendant Itawamba County Sheriff's Department are DISMISSED WITH PREJUDICE; and the Plaintiff's state law claims, as to all Defendants, are DISMISSED WITH PREJUDICE; and

(3) the Plaintiff's federal claims against Defendant Itawamba County, as well as to John Doe Defendants 1-10, shall PROCEED.

SO ORDERED, this, the 23rd day of March, 2022.

_____
SENIOR U.S. DISTRICT JUDGE