


Case: 1:20-cv-00254-GHD-DAS Doc #: 30 Filed: 04/18/22 1 of 1 PageID #: 114

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No:   1:20-CV-154-GHD-DAS          Place Held:   Judge Sanders' Chambers
                                                      (Telephonically)

Style:     Christopher Evan Easter v Itawamba County, Mississippi, et al

Date:          April 18, 2022
Begin:         9:30 a.m.
End:           9:50 a.m.
Total Time:    20 minutes

PRESENT:   David A. Sanders      United States Magistrate Judge

ATTORNEY PARTICIPATING                ATTORNEY PARTICIPATING
FOR PLAINTIFF                         FOR DEFENDANTS

Diana Worthy-Nash                     Katherine Mayo Portner

PROCEEDINGS:   Telephonic Case Management Conference

Docket Entry:   Case Management Order to be entered

                                      DAVID CREWS, CLERK

                                      By:   /s/ Jennifer L. Frantz
                                            Courtroom Deputy