# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CHRISTOPHER EVAN EASTER**                                    **PLAINTIFF**

**VS**                                          **CIVIL ACTION NO: 1:20-CV-254-GHD-DAS**

**ITAWAMBA COUNTY, MISSISSIPPI;**
**SHERIFF CHRIS DICKINSON, Individually**
**And in his Official Capacity as Sheriff of**
**Itawamba County, Mississippi; ITAWAMBA**
**COUNTY SHERIFF'S DEPARTMENT; and,**
**JOHN DOES 1-10, Individually and in Their**
**Official Capacities as Officers of Itawamba**
**County, Mississippi**                                    **DEFENDANTS**

## MOTION TO WITHDRAW

      **COMES NOW** Brent McBride and files this his **Motion to Withdraw** as counsel for Plaintiff Christopher Evan Easter, and in support thereof would show unto the Court the following, to wit;

1. Brent McBride is co-counsel with the Honorable Diana Worthy Nelson for Plaintiff Christopher Evan Easter.

2. Since the filing of the pleadings in this matter, a conflict has developed that necessitates the filing of the instant motion.

3. The Plaintiff, Christopher Evan Easter, will still be represented by his lead counsel, the Honorable Diana Worthy Nelson.

4. Counsel believes that it would be in everyone's best interest that he be allowed to withdraw from this case as Plaintiff's counsel of record.

      **WHEREFORE, PREMISES CONSIDERED**, Brent McBride respectfully requests that the Court allow him to withdraw as counsel for Christopher Evan Easter.

      **RESPECTFULLY SUBMITTED** this the 26th day of July 2022.

/s/ Brent McBride

**BRENT McBRIDE, MSB NO. 101442**

Attorney for Plaintiff

The Law Office of Brent McBride
362 N Broadway
Tupelo, Mississippi 38804
Phone: 662/397-1119
Email: brent@mlawoffice.net

### CERTIFICATE OF SERVICE

I, Brent McBride, attorney of record for Plaintiff, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion to Withdraw* to be delivered via the *ECF* filing system which gave notice to all counsel of record who have appeared herein,

Diana Leigh Worthy Nelson, Esq.
Worthy-Nash Law Office, LLC
60024 Fuqua Rd.
Amory, Mississippi 38821

Danny J. Griffith, Esq.
Mary McKay Griffith, Esq.
Katherine M. Portner, Esq.
Jacks, Griffith, Luciano PA
PO Box 1209
130 Sharpe Avenue
Cleveland, Mississippi 38732
mgriffith@jlpalaw.com

Bo Russell, Esq.
Board Attorney
206 S. Broadway
PO Box 28
Tupelo, Mississippi 38802
borussellpllc@hotmail.com

Dated this the 26th day of July 2022.

/s/ Brent McBride
Brent McBride