IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPP
ABERDEEN DIVISION

CHRISTOPHER EVAN EASTER                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:20-CV-254-GHD-DAS

ITWAMBA COUNTY, MISSISSIPPI                                                              DEFENDANT

ORDER REQUIRING COUNSEL TO SHOW CAUSE

This action alleges the plaintiff was beaten by jailers without provocation while incarcerated in the Itawamba County jail. On June 14, 2022, the plaintiff's pre-discovery disclosure of core information was filed with the court. Brent McBride signed by this discovery but filed it with the electronic credentials of the other counsel, Diana Worthy-Nash.

On June 15, the clerk's office filed a notice of correction advising counsel that the attorney was required to file a Notice of Service of Discovery as required by L.U.Civ.R. 5(d)(1)A. On June 21, 2022 a second notice of correction instructed counsel to file a notice of service of discovery. On June 28, 2022, a third notice of correction directed counsel to file a notice of service, not the actual discovery, per L.U.Civ.R. 5(d)(1)A. These notices would have been served on counsel via the court's electronic filing system. The required corrective action was not taken.

On July 26, 2022, based on a conflict with the client, Brent McBride moved to withdraw as counsel for the plaintiff, and the court entered its order granting the motion the next day.

After the continued failure by counsel to comply with the directives of the clerk's office was brought to the attention of this judge's chambers, an email was sent on August 8, 2022 to plaintiff's attorney, telling her to file the notice of service of this initial discovery with a

certificate of service and to do so within one week. Counsel has yet to correct the erroneous filing of the actual discovery in violation of the local rules.

IT IS, THEREFORE, ORDERED that plaintiff's counsel, Dianna Worthy-Nash, shall show cause, in writing, why she should not be sanctioned for her failure to comply with the local rules of the court and to comply with the directives of the Clerk of the Court. The response to the show cause order is due fourteen days from the date of this order.

SO ORDERED this the 17th day of August, 2022.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE