IN THE CHANCERY COURT OF MONROE COUNTY, STATE OF MISSISSIPPI

**CHRISTOPHER EASTER**                                                 **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO.1:20cv254-SA-DAS**

**ITAWAMBA COUNTY, MISSISIPPI;**
**SHERIFF CHRIS DICKINSON, individually and**
**In his official capacity as Sheriff of Itawamba**
**County, Mississippi;**
**ITAWAMBA COUNTY SHERIFF'S DEPARTMENT;**
**AND JOHN DOES 1-10; individually and in their**
**Official capacities as officers of Itawamba County,**
**Mississippi**                                                   **DEFENDANTS**

---

### MOTION TO WITHDRAWAL AND OTHER RELIEF

---

THIS DAY this cause came on to be heard on motion, *ore tenu,s* of the Plaintiff, Christopher Evan Easter, and moves the Court for an Order granting leave to withdraw as counsel for the Honorable Diana Worthy Nelson.

On August 31, 2022, Plaintiff arranged for the retrieval of the file and seeks counsel elsewhere; therefore, Plaintiff shall not suffer a material adverse effect with the withdrawal of counsel, and Plaintiff consents to the Motion to Withdrawal with Counselor Diana Worthy.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Christopher Evan Easter, respectfully requests that the Court enter an Order granting leave to withdraw as counsel for the Honorable Diana Worthy Nelson and for such further, general and equitable relief to which the Plaintiff may be entitled in the premises.

Respectfully submitted, this the 31st day of August, 2022.

*/s/ Diana Worthy Nelson*
DIANA WORTHY NELSON

Attorney for Plaintiff:
Diana Worthy Nelson
60070 Hatley Cemetery Circle
Amory, MS 38821
worthynashlawoffice@gmail.com
Phone: (662) 597-4117
Fax: (662) 550-5529
MSB# 104665

### THE CHANCERY COURT OF MONROE COUNTY, STATE OF MISSISSIPPI

**CHRISTOPHER EASTER**                                               **PLAINTIFFS**

**V.**                                         **CIVIL ACTION NO.1:20cv254-SA-DAS**

**ITAWAMBA COUNTY, MISSISIPPI;**
**SHERIFF CHRIS DICKINSON, individually and**
**In his official capacity as Sheriff of Itawamba**
**County, Mississippi;**
**ITAWAMBA COUNTY SHERIFF'S DEPARTMENT;**
**AND JOHN DOES 1-10; individually and in their**
**Official capacities as officers of Itawamba County,**
**Mississippi**                                       **DEFENDANTS**

### <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that she, on 31st day of August, 2022, served electronically, a true and correct copies of the attached documents to those parties listed on the attached motion to withdraw and other relief:

mgriffith@jlpalaw.com

Judge_Sanders@msnd.uscourts.gov

DGriffith@jlpalaw.com

VSmith@jlpalaw.com

borussellpllc@hotmail.com

THIS, the 31st day of August, 2022

                                        Respectfully Submitted,

                                        */s/ Diana Worthy Nelson*
                                        MS Bar No. 104665
                                        Worthy-Nash Law Office, LLC
                                        60070 Hatley Cemetery Circle
                                        Amory, MS 38821
                                        (662) 597-4117