THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER EVAN EASTER                                    PLAINTIFF

V.                                    CIVIL ACTION NO.: 1:20-CV-254-GHD-DAS

ITAWAMBA COUNTY, MISSISSIPPI;
SHERIFF CHRIS DICKINSON, individually and
In his official capacity as Sheriff of Itawamba
County, Mississippi;
ITAWAMBA COUNTY SHERIFF'S DEPARTMENT;
AND JOHN DOES 1-10; individually and
In their official capacities as officers of Itawamba
County, Mississippi                                         DEFENDANTS

RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Diana Worthy Nelson and files this her Response to Order to Show Cause for, filed by the court and would show unto the Court the following:

I.

On or around June 13, 2022, Counsel filed pre-discovery disclosure on or around June 13, 2022. Attorney Nelson has had an opportunity to search through the emails, and the correction notice was sent to her email on several occasions. She failed to see those notices through her email, and on or around the same time, Attorney Nelson lost her legal assistant who kept her updated with phone calls and emails. The failure to address the notices of correction was not the legal assistant's fault, but Attorney Nelson takes responsibility.

II.

Soon after, on or around July 26, 2022, Co-counsel Mr. McBride withdrew his counsel for the Plaintiff as his separate office noted a potential conflict in the case, and the court entered its order granting the motion.

III.

Attorney Nelson assumes sole responsibility for the delinquency in correcting the notice upon request. It has been an arduous task in assuming her private office with now no legal assistance and now without co-counsel to help delegate the duties on the case. Therefore, Counsel requests for an opportunity to correct the mistake and any other relief the court may grant.

WHEREFORE, PREMISES CONSIDERED, Attorney Nelson submits her Response to Order to Show Cause, and would ask the court to give her an opportunity to correct the mistake and any other relief the court may grant.

                                                  Respectfully submitted,
                                                  _/s/ Diana Worthy Nelson_
                                                  Diana Worthy Nelson
                                                  MS Bar #104665
                                                  Worthy-Nash Law Office, LLC
                                                  60070 Hatley Cemetery Circle
                                                  Amory, MS 38821
                                                  worthynashlawoffice@gmail.com
                                                  /s/ Brent McBride
                                                  Brent McBride, Esq.