(N.D.Miss.1990)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

## NOTICE

**CHRISTOPHER EVAN EASTER**                                                    **PLAINTIFF**

**V.**                                **CIVIL ACTION NO. 1:20-CV-254-GHD-DAS**

**ITAWAMBA COUNTY, MISSISSIPPI, ET AL.**                        **DEFENDANTS**

**TAKE NOTICE** that a proceeding in this case has been **CANCELLED** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U.S. FEDERAL BLDG.<br>**Oxford, MS** | Visiting Magistrate Judge's Chambers |
| | **Date and Time**<br>**September 14, 2022** at **10:00 a.m.**<br>**CANCELLED** |

**Type of Proceeding**

### SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE DAVID SANDERS

DAVID CREWS, Clerk of Court

By: /s/ Catherine Servati
      Law Clerk

Date: September 9th, 2022

**CONTACT JENNIFER FRANTZ AT (662) 369-2138 IF YOU HAVE ANY QUESTIONS**