**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**CHRISTOPHER EVAN EASTER**                                       **PLAINTIFF**

v.                                              **CIVIL ACTION NO.: 1:20-CV-254-GHD-DAS**

**ITAWAMBA COUNTY, MISSISSIPPI;
SHERIFF CHRIS DICKINSON, Individually
and in his Official Capacity as Sheriff of
Itawamba County, Mississippi; ITAWAMBA
COUNTY SHERIFF'S DEPARTMENT; and,
JOHN DOES 1-10, Individually and in Their
Official Capacities as Officers of Itawamba
County, Mississippi**                                           **DEFENDANTS**

## RE-NOTICE OF DEPOSITION

TO: All Counsel of Record:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and applicable provisions of those rules, at the time and place set forth herein, the undersigned, attorney of record for Defendant, Itawamba County, Mississippi, will take the oral deposition before a notary public or other officer authorized by law to administer oaths:

    NAME:         Christopher Evan Easter

    DATE:          Tuesday, October 25, 2022

    TIME:          9:00 a.m.

    PLACE:        Mississippi State Penitentiary
                        Hwy 49 West
                        Parchman, MS 38738

The oral examination shall continue from day to day until completed. You are notified to appear and take part in the examination as you deem proper.

**RESPECTFULLY SUBMITTED** this the 11th day of October, 2022.

JACKS GRIFFITH LUCIANO, P.A.

By: /s/ *Mary McKay Griffith*
Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
Katherine M. Portner, MS Bar No. 105718
Attorneys for Defendant

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
Email: mgriffith@jlpalaw.com


Bo Russell, Esq.
Board Attorney
206 S. Broadway St.
P.O. Box 28
Tupelo, MS 38802
Phone: (662) 401-2020
Email: borussellpllc@hotmail.com

## CERTIFICATE OF SERVICE

    I, Mary McKay Griffith, attorney of record for Defendant, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Re-Notice of Deposition* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

                  Diana Leigh Worthy-Nash, Esq.
                  Worthy-Nash Law Office, LLC
                  60024 Fuqua Road
                  Amory, MS 38821
                  Phone: (662) 597-4117
                  Email: worthynashlawoffice@gmail.com
                  **Attorney for Plaintiff**

    **DATED** this 11th day of October, 2022.

                    /s/ *Mary McKay Griffith*
                    Mary McKay Griffith