IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER EVAN EASTER             PLAINTIFF

v.             CIVIL ACTION NO.: 1:20-CV-254-GHD-DAS

ITAWAMBA COUNTY, MISSISSIPPI;
SHERIFF CHRIS DICKINSON, Individually
and in his Official Capacity as Sheriff of
Itawamba County, Mississippi; ITAWAMBA
COUNTY SHERIFF=S DEPARTMENT; and,
JOHN DOES 1-10, Individually and in Their
Official Capacities as Officers of Itawamba
County, Mississippi             DEFENDANTS

## ORDER

The Complaint [Doc. 1] filed herein by Plaintiff against the Defendants, Itawamba County, Mississippi, Sheriff Chris Dickinson, Individually and in his Official Capacity as Sheriff of Itawamba County, Mississippi, and Itawamba County Sheriff=s Department, together with the civil actions stated therein and the demands made or which might have been made for relief therein by the Plaintiff, shall be, and the same hereby are, dismissed with full prejudice by reason of settlement. The terms and conditions of a settlement agreement by and between the parties have been satisfied and entry of the instant order has been requested.

ACCORDINGLY, IT IS ORDERED this action should be dismissed with full prejudice.

This the 15th day of December, 2022.

_____
SENIOR U.S. DISTRICT JUDGE

Agreed to by:

*/s/ Diana Worthy Nelson*
Diana Worthy Nelson, MS Bar No. 104665
Attorney for Plaintiff

*/s/ Mary McKay Griffith*
Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendants Itawamba County, Mississippi,
Sheriff Chris Dickinson, Individually and in his Official
Capacity as Sheriff of Itawamba County, Mississippi,
and Itawamba County Sheriff=s Department